

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2020

No. 04-20-00261-CV

**IN THE INTEREST OF K.K.B, J.M.B, J.F.B., C.J.B, AND C.B.B, CHILDREN,**

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 18-08-0643-CVW
Honorable Russell Wilson, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Brief is hereby GRANTED. The appellee's brief is due on or before January 11, 2021.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2020.

MICHAEL A. CRUZ, Clerk of Court